UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Dajia Davenport

                Plaintiff,      Case No. 1:13-cv-01061-AJN

-against-

Elite Model Management Corporation

                Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Steven Lance Wittels
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SW8110    My State Bar Number is BN 2004635

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sanford Heisler, LLP
                  FIRM ADDRESS: 1350 Avenue of the Americas, 31st Floor
                  FIRM TELEPHONE NUMBER: (646)723-2947
                  FIRM FAX NUMBER: (646)723-2948

NEW FIRM:    FIRM NAME: Law Offices of Steven L. Wittels, P.C.
                  FIRM ADDRESS: 18 Half Mile Road, Armonk, NY 10504
                  FIRM TELEPHONE NUMBER: (914) 319-9945
                  FIRM FAX NUMBER: (914) 273-2563

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/20/2013                /s/ Steven L. Wittels
                                    ATTORNEY'S SIGNATURE