UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Dajia Davenport

                        Plaintiff,          Case No. 1:13-cv-01061-AJN

      -against-

Elite Model Management Corporation

                        Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____James Burkett McInturff, III_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _JM4564_____   My State Bar Number is _BN 4938684____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: _Horwitz, Horwitz & Paradis Attorneys At Law_____
                    FIRM ADDRESS: _570 Seventh Ave._____
                    FIRM TELEPHONE NUMBER: _(646)-216-2265_____
                    FIRM FAX NUMBER: _(212)-986-4501_____

NEW FIRM:    FIRM NAME: _Law Offices of Steven L. Wittels, P.C._____
                    FIRM ADDRESS: _18 Half Mile Road, Armonk, NY 10504_____
                    FIRM TELEPHONE NUMBER: _(914) 319-9945_____
                    FIRM FAX NUMBER: _(914) 273-2563_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/20/2013                                  _/s/ J. Burkett McInturff_____
                                                                 ATTORNEY'S SIGNATURE