**LAW OFFICES OF STEVEN L. WITTELS, P.C.**
Steven L. Wittels
J. Burkett McInturff
18 HALF MILE ROAD
ARMONK, NEW YORK 10504
Telephone: (914) 319-9945
Facsimile: (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com

**THE ROTH LAW FIRM, PLLC**
Richard Roth
295 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10017
Telephone: (212) 542-8882
Facsimile: (212) 542-8883
rich@rrothlaw.com

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | | |
|---|---|---|
| DAJIA DAVENPORT, on behalf of herself and all others similarly situated, | : | |
| | : | **No. 13 Civ. 1061 (AJN)** |
| Plaintiff, | : | |
| v. | : | |
| ELITE MODEL MANAGEMENT CORPORATION, | : | |
| Defendant. | : | |

----------------------------------------------------------x

**NOTICE OF FIRST FILING OF CONSENT TO BECOME PARTY PLAINTIFF**

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files Consent to Join form(s) for the following person(s), a true and correct copy of which is attached

1

hereto as Exhibit A:

1. Dajia Davenport

Dated: February 20, 2013
      New York, New York

                                        **LAW OFFICES OF STEVEN L. WITTELS, P.C.**

                                        By: _____
                                            J. Burkett McInturff (N.Y.S. BN 4938684)

                                        18 HALF MILE ROAD
                                        ARMONK, NEW YORK 10504
                                        Telephone: (910) 476-9945
                                        Facsimile:   (914) 273-2563
                                        slw@wittelslaw.com
                                        jbm@wittelslaw.com

                                        *Counsel for Plaintiff and the Class*