# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DAJIA DAVENPORT, on behalf of herself :
and all others similarly situated,
: 
                Plaintiff,                            :

        v.                                            :    No. 13 Civ. 1061

ELITE MODEL MANAGEMENT                 :
CORPORATION,
                                                      :    **CONSENT TO JOIN**

                Defendant.                            :

-------------------------------------------------------x

1.  I consent to be a party plaintiff in a lawsuit against Elite Model Management in order to seek redress for its violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I hereby designate the Law Offices of Steven L. Wittels, P.C. and The Roth Law Firm, PLLC, and any other attorneys who affiliate with the aforementioned law firms, to represent me in this action and to make decisions on my behalf concerning the litigation and settlement of this action. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable and to be bound by any settlement entered into on my behalf. I understand that reasonable costs expended by the attorneys on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the attorneys will petition the Court to award them attorneys' fees from any settlement or judgment, in an amount the greater of: (1) their "loadstar" calculated by multiplying their reasonable hourly rates by the number of hours

1

expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_(signed)_
Signature

2/12/2013
Date

Dria Davenport
Print Name

████████████
Telephone Number

████████████
Address

N.Y., NY 10026
City, State and Zip Code

████████████
Email Address