**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 15 2013

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY EMAIL (NathanNYSDChambers@nysd.uscourts.gov)

Gary D. Friedman
1-212-310-8963
gary.friedman@weil.com

March 14, 2013

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

> Defendant's requested extension is granted in part. Defendant's deadline to move or otherwise respond will now be due to the Court by April 11, 2013. SO ORDERED

Re: <u>Davenport v. Elite Model Management Corporation</u>, 13-cv-1061 (AJN)

Dear Judge Nathan:

We represent Defendant Elite Model Management Corporation ("Elite") in the above-referenced action. We are writing pursuant to Rule 1(E) of Your Honor's Individual Practices in Civil Cases ("Individual Rules") to request an extension to and including May 1, 2013 to answer, move or otherwise respond to the Complaint. Based upon Plaintiff's service upon Elite of copies of the Summons, Complaint, Civil Cover Sheet, ECF Rules and Instructions and Your Honor's Individual Rules on February 28, 2013, Elite's current date to respond to the Complaint would be March 21, 2013. Plaintiff's counsel has agreed to this request for an extension, which is Elite's first such request.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

/s/ Gary D. Friedman

Gary D. Friedman

SO ORDERED: 3/15/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: Steven L. Wittels, Esq., Law Office of Steven L. Wittels, P.C. (slw@wittelslaw.com)
J. Burkett McInturff, Esq., Law Office of Steven L. Wittels, P.C. (jbm@wittelslaw.com)
Richard Roth, Esq., The Roth Law Firm, (rich@rrothlaw.com)
Ira Meyerowitz, Esq., Meyerowitz Law Firm PLLC (irameyerowtiz@aol.com)

US_ACTIVE:\44217416\1\78222.0019