UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAJIA DAVENPORT, on behalf of herself and all others similarly situated.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>ELITE MODEL MANAGEMENT CORPORATION,<br><br>　　　　　　　　　　Defendant. | Case No. 13-CIV-1061 (AJN)<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Elite Model Management Corporation hereby certify as follows:

　　　　1. Defendant Elite Model Management Corporation is a wholly-owned subsidiary of Creative World Management, Inc., which is an indirect wholly-owned subsidiary of Transatlantic Group, Ltd., a privately held company.

Dated: New York, New York
　　　　May 17, 2013

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Gary D. Friedman
　　　　　　　　　　　　　　　　　　　　Gary D. Friedman
　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　　(212) 310-8000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Elite Model Management Corporation*